# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS
# EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| JONATHAN TOLLIVER, #R05836, | ) | |
| | ) | |
| Plaintiff, | ) | |
| -vs- | ) | No. 16-130-SMY-RJD |
| | ) | |
| WEXFORD HEALTH SOURCES, | ) | |
| INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

Now Comes Lisa Madigan, Attorney General of the State of Illinois, by Sandra Cook, Assistant Attorney General, State of Illinois, and hereby enters her appearance as counsel on behalf of the Defendants, KIMBERLY BUTLER, LINDA CARTER, SETH CROSS, SALVADOR GODINEZ, JOHN HAMILTON, JEFFREY HUTCHINSON, RON SKIDMORE, and ROGER WALLER, in the above cause.

Respectfully submitted,

KIMBERLY BUTLER, LINDA CARTER,
SETH CROSS, SALVADOR GODINEZ,
JOHN HAMILTON, JEFFREY HUTCHINSON,
RON SKIDMORE, and ROGER WALLER,

Defendants,

LISA MADIGAN, Attorney General,
State of Illinois,

Attorney for Defendants,

By:   s/ Sandra Cook
      Sandra Cook, #6288089
      Assistant Attorney General
      500 South Second Street
      Springfield, Illinois 62701
      Telephone: (217) 782-1841
      Facsimile: (217) 782-8767

No. 16-130-SMY-RJD

**CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2018, the foregoing document, *Notice of Appearance,* was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Sarah C. Grady | sarah@loevy.com |
| Sam Heppell | sam@loevy.com |
| Rodney Sharp | rsharp@sandbergphoenix.com |
| Jacob Thessen | jthessen@sandbergphoenix.com |

Respectfully submitted,

By: s/ Sandra Cook
Sandra Cook, #6288089
Assistant Attorney General
500 South Second Street
Springfield, Illinois  62701
(217) 782-1841 Phone
(217) 782-8767 Fax
E-Mail: scook@atg.state.il.us
 & gls@atg.state.il.us