**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION**

| | |
|---|---|
| JONATHAN TOLLIVER, #R05836, ) | |
| ) | |
| Plaintiff, ) | |
| -vs- ) | No. 16-130-SMY-RJD |
| ) | |
| WEXFORD HEALTH SOURCES, ) | |
| INC., et al. ) | |
| ) | |
| Defendants. ) | |

## MOTION TO SUBSTITUTE COUNSEL

NOW COME the Defendants, KIMBERLY BUTLER, LINDA CARTER, SETH CROSS, SALVADOR GODINEZ, JOHN HAMILTON, JEFFREY HUTCHINSON, RON SKIDMORE, and ROGER WALLER, by and through their attorney, Lisa Madigan, Attorney General of the State of Illinois, and for their Motion to Substitute Counsel, state as follows:

1. Former Assistant Attorney General Ashley Vincent is no longer assigned to this matter.

2. Assistant Attorney General Sandra Cook is now assigned to represent the above-named Defendants in this matter.

3. It is requested that former Assistant Attorney General Ashley Vincent be removed from the Court's service list as counsel for Defendantd.

WHEREFORE, for the above and foregoing reasons, Defendants respectfully request this Honorable Court to allow the substitution of Assistant Attorney General Sandra Cook for former Assistant Attorney General Ashley Vincent, and that former Assistant Attorney General Ashley Vincent be terminated and removed from the service list as counsel for Defendants named herein.

Respectfully submitted,

KIMBERLY BUTLER, LINDA CARTER,
SETH CROSS, SALVADOR GODINEZ,
JOHN HAMILTON, JEFFREY HUTCHINSON,
RON SKIDMORE, and ROGER WALLER,

    Defendants,

LISA MADIGAN, Attorney General,
State of Illinois,

    Attorney for Defendants,

By:   s/ Sandra Cook
       Sandra Cook, #6288089
       Assistant Attorney General
       500 South Second Street
       Springfield, Illinois 62701
       Telephone: (217) 782-1841
       Facsimile: (217) 782-8767
       E-Mail: scook@atg.state.il.us
       &amp; to gls@atg.state.il.us

No. 16-130-SMY-RJD

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2018, the foregoing document, *Motion to Substitute Counsel,* was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Sarah C. Grady | sarah@loevy.com |
| Sam Heppell | sam@loevy.com |
| Rodney Sharp | rsharp@sandbergphoenix.com |
| Jacob Thessen | jthessen@sandbergphoenix.com |

Respectfully submitted,

By: s/ Sandra Cook
Sandra Cook, #6288089
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62701
(217) 782-1841 Phone
(217) 782-8767 Fax
E-Mail: scook@atg.state.il.us
 & gls@atg.state.il.us